JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINE KOSOGON,<br><br>　　　　Plaintiff,<br>vs.<br><br>NEIMAN MARCUS,<br><br>　　　　Defendant(s). | Case No.: 2:17-cv-06730-MWF-RAO<br><br>**ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

The court has considered the Notice of Voluntary Dismissal with Prejudice of Defendant Neiman Marcus filed by Plaintiff.

The court finds that the Voluntary Dismissal should be GRANTED. Defendant Neiman Marcus is hereby dismissed with prejudice with the parties to bear their own costs and attorney's fees.

Dated: November 14, 2017

_____
Honorable Michael W. Fitzgerald
United States District Judge